# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RHONDA ZARZECKI,**

    **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**           **NO. 09-CV-1080-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 1, 2011, the Court **AFFIRMS** the final decision of the Commissioner of Social Security and judgment is entered in favor of defendant, **COMMISSIONER OF SOCIAL SECURITY,** and against the plaintiff, **RHONDA ZARZECKI**-------------------------------------------------------------------------------------------------

                                          **NANCY J. ROSENSTENGEL,**
                                          **CLERK OF COURT**

                              **BY:**      *s/Sandy Pannier*
                                                **Deputy Clerk**

Dated: April 1, 2011

Digitally signed by David R. Herndon
Date: 2011.04.01 16:24:13 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT